161 F.3d 652
 UNITED STATES of America, Plaintiff-Appellant,
v.
Angel CERCEDA, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Courtney Ricardo ALFORD, a.k.a. "Rickey," Edward Bernard
Williams, a.k.a. "Bernard," Nathaniel Dean,
Defendants-Appellees.
UNITED STATES of America, Plaintiff-Appellant,
v.
Hector FERNANDEZ-DOMINGUEZ, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Jesus E. CARDONA, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Carlos HERNANDEZ, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Adolfo MESTRIL, a.k.a. "El Gordo," Jose Herminio Benitez,
a.k.a. "William Muniz," a.k.a "Emilio," Heriberto
Alvarez, Elpidio, Pedro Iglesias-Cruz,
a.k.a. "Budweiser,"
Defendants-Appellees.
UNITED STATES of America, Plaintiff-Appellant,
v.
Minnie Ruth WILLIAMS, Ralph W. Corker, Defendants-Appellees.
UNITED STATES of America, Plaintiff-Appellant,
v.
Hiram MARTINEZ, Jr., Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Diogenes PALACIOS, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Fred DE LA MATA, Manuel A. Calas, Oscar Castilla and Enrique
Fernandez, Defendants-Appellees.
UNITED STATES of America, Plaintiff-Appellant,
v.
Steven JOHNSON, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Francisco Jose ARIAS, Gustavo Javier Pirela-Avila,
Defendants-Appellees.
UNITED STATES of America, Plaintiff-Appellant,
v.
Enrique ACOSTA, Milciades Jiminez, Defendants-Appellees.
UNITED STATES of America, Plaintiff-Appellant,
v.
Carlos A. ZAPATA, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Jose Michael VILARINO, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Victor LONG, Israel Ael, Miguel Campos, Jose Visozo,
Narcisco Suarez, and Oscar Karin, a.k.a. MAS,
Defendants-Appellees.
UNITED STATES of America, Plaintiff-Appellant,
v.
Javier BONILLA, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Diogenes PALACIOS, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Zaida Fatima BORGE, a.k.a. Gorda, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Francis Joseph BRADLEY, a.k.a. Frank Bradley, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Jaime A. DURANGO, Defendant-Appellee,
UNITED STATES of America, Plaintiff-Appellant,
v.
Zaida Fatima BORGE, a.k.a. Gorda, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Nathaniel DEAN, Edward Bernard Williams, Defendants-Appellees.
 Nos. 95-4628, 95-4610 to 95-4613, 95-4617, 95-4618, 95-4626,
95-4629 to 95-4635, 95-4659, 95-5244, 95-5298,
95-5369, 95-5566, 96-4584, 96-5043 and 96-5067.
 United States Court of Appeals,
Eleventh Circuit.
 Nov. 19, 1998.
 
 Fred A. Schwartz, Jeffrey B. Crockett, Miami, FL, for Cerceda.
 William A. Keefer, U.S. Atty., Adalberto Jordan and Dawn Bowen, Asst. U.S. Attys., Miami, FL, for United States.
 Pamela Perry, Berman, Shohat, Loewy & Perry, Miami, FL, for Alford.
 John Browdy, Miami, FL, for Williams and Dean.
 Kathleen Williams, Fed. Pub. Defender, and Helen C. Trainor, Asst. Fed. Pub. Defender, Ft. Lauderdale, FL, for Zapata, Borge and Bradley.
 Jacqueline Rubin, Asst. Fed. Pub. Defender, Miami, FL, and Kathleen M. Williams, Fed. Pub. Defender, Ft. Lauderdale, Fl, for Fernandez-Dominguez.
 Thomas F. Almon, Miami, FL, for Cardona, Johnson and Arias.
 Oscar Arroyave, Miami, FL, for Hernandez.
 Jose Batista, Hialeah, FL, Roy J. Kane, Jose Rafael Rodriguez, Jesus F. Bujan, Miami, FL, for Mestril, Benitez, Alvarez and Iglesias-Cruz.
 Richard J. Diaz, Miami, FL, for Williams and Corker.
 Roy E. Black, Black & Seiden, Miami, FL, for Martinez and Calas.
 Philip Horowitz, Miami, FL, for Palacios.
 Guy Richard Strafer, Quinon, Strafer & Scola, P.A., Miami, FL, for De La Mata and Abel.
 Michael S. Pasano, Zuckerman, Spaedeer, Taylor & Evans, Miami, FL, for Castilla.
 Paul Rashkind, Asst. Fed. Pub. Defender, Miami, FL, Kathleen J. Cooper, Asst. Fed. Pub. Defender, Ft. Lauderdale, for Fernandez.
 Guy W. Turner, Coral Gables, FL, for Pirela-Avila.
 Barry Shevlin, Bay Harbor Island, FL, for Jimenez.
 Manuel Gonzalez, Jr., Miami, FL, for Acosta.
 Leonard F. Baer, Coral Gables, FL, for Vilarino.
 Robert J. Becerra, Raskin & Raskin, P.A., Miami, FL, for Long.
 Joel Kaplan, Miami, FL, for Vozoso.
 Frank Quintero, Miami, FL, for Campos.
 David J. Joffe, Coconut, FL, for Suarez.
 G.P. Della Fera, Miami, FL, for Karin.
 James Benjamin, Ft. Lauderdale, FL, for Bonilla.
 Reemberto Diaz, Diaz & Batista, P.A., Coral Gables, FL, for Durango.
 Appeals from the United States District Court for the Southern District of Florida (Nos. 91-915-CR-EBD, 91-698-CR-WJZ, 91-704-CR-NCR, 92-750-CR-NCR, 92-6023-CR-JAG, 91-681-CR-NCR, 91-6180-CR-JAG, 90-741-CR-SH, 92-39-CR-LCN, 92-230-CR-SM, 92-301-CR-UU-B, 92-573-CR-DLG, 93-1-CR-DLG, 93-31-CR-DLG, 93-72-CR-SM, 91-413-CR-WDF, 91-8033-CR-MARCUS, 92-39-CR-Nesbitt, 92-117-CR-Moreno, 93-319-CR-EBD, 93-31-CR-GRAHAM, 92-117-CR-FAM and 91-698-CR-WJZ), William C. O'Kelley, Judge.
 ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
 (Opinion April 23, 1998, 139 F.3d 847)
 Before HATCHETT, Chief Judge, and TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT and HULL, Circuit Judges.*
 BY THE COURT:
 A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,
 IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.
 
 
 
 *
 Judge Stanley Marcus has recused himself and will not participate
 Senior Judge Paul H. Roney has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).